*E-Filed 8/26/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONNIE HENDERSON, | No. C 11-3521 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN DOE, | |
| Defendant. / | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Plaintiff was ordered to (1) file a complaint, and (2) file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $350.00, within 30 days, or face dismissal of the action. More than 30 days have passed and plaintiff has not paid the filing fee or filed a complete IFP application or a complaint. Accordingly, the action is DISMISSED without prejudice to plaintiff (1) paying the filing fee, or filing a properly completed IFP application, **and** (2) a complaint. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: August 25, 2011

RICHARD SEEBORG
United States District Judge

No. C 11-3521 RS (PR)
ORDER OF DISMISSAL